# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. ) ) ) Appellant, ) ) v. ) ) ROBERT HARRIS LONG, and GINGER ) DENISE LONG, ) ) Appellees. ) ) | NO.: 3:07-cv-21 (VARLAN/GUYTON) |

## AGREED ORDER STAYING APPEAL

This matter having come before the Court pursuant to the Joint Motion to Stay Appeal, based upon the Motion, and the record herein,

IT IS HEREBY ORDERED that the appeal in this matter is stayed pending the entry of a final order in In re Long, which is currently pending in the Untied States Court of Appeals for the Sixth Circuit. The briefing schedule in this matter is suspended until further order of the Court.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

Approved for entry:

/s/ Holly N. Knight
Holly N. Knight (#17940)
Christopher M. Kerney (#20819)
HALE DEWEY & KNIGHT, PLLC
Attorneys for AmeriCredit Financial Services, Inc.
424 Church Street, Suite 1505
Nashville, TN 37219
Phone (615) 248-0556

/s. Brent Snyder
Richard M. Mayer
John P. Newton
Brent Snyder (21700)
Law Offices of Mayer & Newton
Attorneys for Debtors
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919
Phone (865) 588-5111